Mark Petrocchi
State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX 76110
Phone (817) 926-2500
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR CAPITALSPRING SBLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| FOUR DIA, LLC | § | CASE NO. 16-33459-bjh11 |
| | § | HEARING SCHEDLED: |
| DEBTOR | § | DECEMBER 21, 2016 @ 1:15 P.M. |

## **WITNESS AND EXHIBIT LIST**

TO THE HONORABLE BARBARA J. HOUSER, U.S. BANKRUPTCY JUDGE:

Comes now CapitalSpring SBLC and files this Witness and Exhibit List in connection with the Emergency Motion of the Debtor for the Entry of Interim and Final Orders Authorizing the Use of Cash Collateral, and Granting Adequate Protection Pursuant to Section 363 of the Bankruptcy Code and Fed.R.Bankr.P.4001(b) set for hearing on December 21, 2016 at 1:15 p.m. in the courtroom of the Honorable Barbara J. Houser, Room 1424, 1100 Commerce Street, Dallas, TX 75242-1496.

**Witnesses**

1. Sherrel Crane
2. Kyle Tatom
3. Representative of the Debtor
4. Any party identified in discovery, or listed as a potential witness by a party in this matter.

**Exhibits**

| No. | Exhibit | Offered | Admitted | Refused |
|---|---|---|---|---|
| Movant- 1 | Deed of Trust | | | |
| Movant- 2 | Loan Agreement | | | |
| Movant- 3 | Pledge and Security Agreement | | | |
| Movant- 4 | SBA – Note | | | |
| Movant- 5 | SBA Unconditional Guarantee | | | |
| Movant- 6 | Security Agreement | | | |
| Movant- 7 | UCC's recorded | | | |
| | Any other document on file with the court | | | |
| | Any document designated, identified or circulated by any other party. | | | |

Respectfully submitted,

By: /s/ *Mark J. Petrocchi*
     Mark J. Petrocchi
     State Bar No. 15851750
GRIFFITH, JAY & MICHEL, LLP
2200 Forest Park Blvd.
Fort Worth, TX  76110
Fax (817) 926-2505
mpetrocchi@lawgjm.com
COUNSEL FOR CAPITALSPRING SBLC

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of December 2016, he caused a true and correct copy of the document to be served upon those parties registered on the ECF noticing system of the Court.

   */s/Mark J. Petrocchi*
   Mark J. Petrocchi